## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| DAVID GREENLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LABORERS' INTERNATIONAL UNION OF NORTH AMERICA,<br><br>Defendant. | Case No. 0:16-cv-3773-WMW-KMM<br><br><br><br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE** that the above entitled matter has been resolved between the parties as of March 2, 2018, pending the exchange of final settlement documents and drafts. The parties respectfully request that the Court strike all pending dates from it calendar in this matter and retain continuing jurisdiction pending the prompt filing of a Notice of Dismissal herein.

Dated: March 5, 2018                     Respectfully Submitted,

**BARRY & HELWIG, LLC**

By: **s/Peter F. Barry**
Peter F. Barry, Esq.
MN Attorney I.D. #0266577
Patrick J. Helwig, Esq.
MN Attorney I.D. #0391787
2701 University Ave SE, Suite 209
Minneapolis, MN 55414-3236
Telephone: (612) 379-8800
Facsimile: (612) 379-8810
pbarry@lawpoint.com
phelwig@lawpoint.com
**Attorneys for Plaintiff**