# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| David Greenley, *Individually and On Behalf of All Others Similarly Situated,* | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number:   16-cv-3773 WMW/KMM |
| Laborers' International Union of North America, | |
| Defendant, | |
| United States of America, | |
| Intervenor. | |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the above matter, including all claims, counterclaims, and causes of action that were made or that could have been made in this action, is dismissed with prejudice and with each party bearing its own costs and attorneys' fees in connection with such claims.

Date: 4/5/2018                                                                  KATE M. FOGARTY, CLERK

                                                                                               s/Amy Halverson
                                                                                    (By)   Amy Halverson, Deputy Clerk